| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>EUGENE D. ROTH, ESQ.-4239<br>Valley Park East<br>2520 Highway 35, Suite 307<br>Manasquan, NJ 08736<br>(732) 292-9288<br>Attorney for Debtor | Order Filed on December 16, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ALBERTA SANTOS,<br><br><div align="right">Debtor.</div> | Chapter 13<br><br>Case No.  14-19628<br><br>Judge: Michael B. Kaplan, USBJ<br><br>Hearing Date: 12/13/2016@9:00AM |

## AMENDED ORDER AUTHORIZING SALE OF DEBTOR'S REAL PROPERTY

## NOTWITHSTANDING LIENS AND ENCUMBRANCES

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED.**

—

**DATED: December 16, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Case No.: 14-19628 (MBK)
Order Authorizing the Sale of Debtor's Real Property
--

Upon the Debtor's motion for authorization to sell the real property notwithstanding liens and encumbrances commonly known as 204 Kettle Creek Road, Toms River, NJ 08753 (the "Real Property"),

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the Contract of Sale notwithstanding liens and encumbrances of record with proceeds to attach to such liens pursuant to 11 U.S.C. 363(b).

2. Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and the Debtor's real estate attorney at closing. Therefore these professionals may be paid at closing.

3. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the Contract of Sale may be made at closing.

4. A copy of the HUD-1 Settlement Statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

5. A copy of the pro forma HUD-1 Settlement Statement will be provided to the mortgagees on or before five (5) days prior to the closing. Additionally, Payoff Statements will be ordered prior to the closing and the payoffs provided will be satisfied in full from the closing proceeds unless the Mortgagee(s) agree(s) to accept less than the payoff amount(s).

6. Notwithstanding anything contained in this Order to the contrary, the mortgage lien held by Wells Fargo Bank, N.A. shall be paid in full or pursuant to prior written approval of the mortgagee, Wells Fargo Bank, N.A. Until such proceeds are received by Wells Fargo Bank, N.A., said sale will not be considered to be free and clear of liens as to the secured creditor.

United States Bankruptcy Court
District of New Jersey

In re:  
Alberta Santos  
    Debtor

Case No. 14-19628-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db           +Alberta Santos,    204 Kettle Creek Road,    Toms River, NJ 08753-1924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
           Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation as Trustee of the Igloo Series II Trust bankruptcy@friedmanvartolo.com  
           Albert    Russo    docs@russotrustee.com  
           Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Eugene D. Roth    on behalf of Debtor Alberta    Santos erothesq@gmail.com  
           Jay    Samuels    on behalf of Creditor    TD Bank, N.A. jsamuels@windelsmarx.com  
           Joshua I. Goldman    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Steven K. Eisenberg    on behalf of Creditor    RBS CITIZENS, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
           William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                            TOTAL: 11