

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Adam J. Friedman, Esq.<br>Friedman Vartolo LLP<br>950 Third Avenue, 11th Floor,<br>New York, New York 10022<br>Attorney for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust<br>P: (212) 471-5100<br>AFriedman@FriedmanVartolo.com |
| IN RE:<br><br>Alberta Santos<br><br>Debtor |

Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 14-19628

Hearing Date: January 10, 2017

Judge: Michael B. Kaplan

Chapter: 13

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 501 7th Place, Vero Beach, FL 32962

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 501 7th Place, Vero Beach, FL 32962; and it is further

**ORDERED**, that the Movant may offer and work with Debtors regarding a potential Short Sale, Deed in Lieu, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors personal liability is discharged in this bankruptcy case.

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.