UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Adam J. Friedman, Esq.
Friedman Vartolo LLP
950 Third Avenue, 11th Floor,
New York, New York 10022
Attorney for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust
P: (212) 471-5100
AFriedman@FriedmanVartolo.com

IN RE:

Alberta Santos

Debtor

Order Filed on January 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 14-19628

Hearing Date: January 10, 2017

Judge: Michael B. Kaplan

Chapter: 13

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property more fully described as: 501 7th Place, Vero Beach, FL 32962

[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series II Trust, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises located at 501 7th Place, Vero Beach, FL 32962; and it is further

**ORDERED**, that the Movant may offer and work with Debtors regarding a potential Short Sale, Deed in Lieu, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors personal liability is discharged in this bankruptcy case.

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-19628-MBK
Alberta Santos                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1                Date Rcvd: Jan 12, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2017.
db             +Alberta Santos,   204 Kettle Creek Road,   Toms River, NJ 08753-1924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:
      Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation as Trustee of the Igloo Series II Trust bankruptcy@friedmanvartolo.com
      Albert Russo    docs@russotrustee.com
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eugene D. Roth    on behalf of Debtor Alberta Santos erothesq@gmail.com
      Jay Samuels    on behalf of Creditor    TD Bank, N.A. jsamuels@windelsmarx.com
      Joshua I. Goldman    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Steven K. Eisenberg    on behalf of Creditor    RBS CITIZENS, N.A. bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                           TOTAL: 11