Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–19628–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alberta Santos
   204 Kettle Creek Road
   Toms River, NJ 08753

Social Security No.:
   xxx–xx–4862

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 21, 2015.

   On August 25, 2017 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                September 26, 2017
Time:                 10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 30, 2017
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-19628-MBK
Alberta Santos                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                Page 1 of 2              Date Rcvd: Aug 30, 2017
                            Form ID: 185               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
```
db            +Alberta Santos,    204 Kettle Creek Road,    Toms River, NJ 08753-1924
r             +Cara Realtors,    514 Brick Boulevard,    Brick, NJ 08723-6088
cr            +RBS CITIZENS, N.A.,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
               Cherry Hill, NJ 08034-1925
cr            +SN Servicing Corporation as Trustee of the Igloo S,    FRIEDMAN VARTOLO LLP,    950 Third Ave,
               11th Floor,    New York, NY 10022-2775
cr            +TD Bank, N.A.,    c/o Windels Marx Lane & Mittendorf, LLP,    120 Albany Street Plaza,
               6th Floor,    New Brunswick, NJ 08901-2126
514782177    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    PO Box 15019,    Wilmington, DE  19886-5019)
514782179     Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE  19886-5153
514782178     Chase,   PO Box 15123,    Wilmington, DE  19850-5123
514782180    +Fernando L. Santos,    204 Kettle Creek Road,    Toms River, NJ 08753-1924
514782181    +Irwin A. Horowitz,    Nominee For Harmon Mortgage Corp,    PO Box 3308,    Secaucus, NJ 07096-3308
515036558     Irwin A. Horowitz,    PO Box 3308,    Secaucus, NJ 07096-3308
514782182    +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
514782184    +Route 9 Garden Center,    2030 Route 9,    Toms River, NJ 08755-1214
515247132   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
514782187    +Specialized Loan Servicing,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515042316    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
514782188    +TD Bank,   C/O Winderls Marx Lane & Mittendorf,    120 Albany Street Plaza,
              New Brunswick, NJ 08901-2163
515041401    +TD Bank, N.A.,    c/o Windels Marx Lane & Mittendorf, LLP,    120 Albany Street Plaza,
              New Brunswick NJ 08901-2163
515725442    +WELLS FARGO BANK, N.A.,    ATTN: BANKRUPTCY DEPARTMENT,    MAC#T7416-023,    4101 WISEMAN BLVD.,
              SAN ANTONIO, TX 78251-4200
514782189    +Wells Fargo Bank,    C/O Powers Kirn,    728 Marne Highway, Ste. 200,    Moorestown, NJ 08057-3128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 23:12:20     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 23:12:18     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515493244     E-mail/Text: cio.bncmail@irs.gov Aug 30 2017 23:11:58
              Department of the Treasury - Internal Revenue Serv,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
514782186    +E-mail/Text: cop@santander.us Aug 30 2017 23:12:12     Sovereign Bank,
              525 Lancaster Avenue, Suite 305,    Reading, PA 19611-1671
516345426    +E-mail/Text: bknotices@snsc.com Aug 30 2017 23:13:00     US Bank Trust NA,
              Trustee Igloo Series II Trust,    c/o SN Servicing Corp,    323 5th Street,    Eureka, CA 95501,
              US Bank Trust NA 95501-0305
516345425    +E-mail/Text: bknotices@snsc.com Aug 30 2017 23:13:00     US Bank Trust NA,
              Trustee Igloo Series II Trust,    c/o SN Servicing Corp,    323 5th Street,
              Eureka, CA 95501-0305
                                                                                             TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514782183    ##+Ocwen Loan Servicing,    PO Box 6440,    Carol Stream, IL 60197-6440
514782185    ##+Santos Garden & Landscaping,    2030 Route 9,    Toms River, NJ 08755-1214
                                                                                            TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Aug 30, 2017
                              Form ID: 185             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
          Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation as Trustee of the Igloo
           Series II Trust bankruptcy@friedmanvartolo.com
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor Alberta    Santos erothesq@gmail.com
          Jay    Samuels    on behalf of Creditor    TD Bank, N.A. jsamuels@windelsmarx.com
          Joshua I. Goldman    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
           Capital Holdings LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Steven K. Eisenberg    on behalf of Creditor    RBS CITIZENS, N.A. bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```