Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−19628−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alberta Santos
   204 Kettle Creek Road
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−4862

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
      commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
      case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
      the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
      Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
      Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
      of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
      Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 8, 2017
JAN: amg

                                                        Jeanne Naughton
                                                        Clerk

Case 14-19628-MBK    Doc 92    Filed 12/10/17    Entered 12/11/17 00:35:23    Desc Imaged
Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-19628-MBK
Alberta Santos                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2          Date Rcvd: Dec 08, 2017
                             Form ID: cscnodsc        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
```
db          +Alberta Santos,   204 Kettle Creek Road,   Toms River, NJ 08753-1924
r           +Cara Realtors,   514 Brick Boulevard,   Brick, NJ 08723-6088
cr          +RBS CITIZENS, N.A.,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
              Cherry Hill, NJ 08034-1925
cr          +SN Servicing Corporation as Trustee of the Igloo S,   FRIEDMAN VARTOLO LLP,   950 Third Ave,
              11th Floor,   New York, NY 10022-2775
cr          +TD Bank, N.A.,   c/o Windels Marx Lane & Mittendorf, LLP,   120 Albany Street Plaza,
              6th Floor,   New Brunswick, NJ 08901-2126
514782177   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   PO Box 15019,   Wilmington, DE 19886-5019)
514782179    Chase,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
514782178    Chase,   PO Box 15123,   Wilmington, DE 19850-5123
514782180   +Fernando L. Santos,   204 Kettle Creek Road,   Toms River, NJ 08753-1924
514782181   +Irwin A. Horowitz,   Nominee For Harmon Mortgage Corp,   PO Box 3308,   Secaucus, NJ 07096-3308
515036558    Irwin A. Horowitz,   PO Box 3308,   Secaucus, NJ 07096-3308
514782182   +NJ Natural Gas Co.,   PO Box 11743,   Newark, NJ 07101-4743
514782184   +Route 9 Garden Center,   2030 Route 9,   Toms River, NJ 08755-1214
515247132   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
514782187   +Specialized Loan Servicing,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
515042316   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
514782188   +TD Bank,   C/O Winderls Marx Lane & Mittendorf,   120 Albany Street Plaza,
              New Brunswick, NJ 08901-2163
515041401   +TD Bank, N.A.,   c/o Windels Marx Lane & Mittendorf, LLP,   120 Albany Street Plaza,
              New Brunswick NJ 08901-2163
515725442   +WELLS FARGO BANK, N.A.,   ATTN: BANKRUPTCY DEPARTMENT,   MAC#T7416-023,   4101 WISEMAN BLVD.,
              SAN ANTONIO, TX 78251-4200
514782189   +Wells Fargo Bank,   C/O Powers Kirn,   728 Marne Highway, Ste. 200,   Moorestown, NJ 08057-3128
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:14     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515493244    E-mail/Text: cio.bncmail@irs.gov Dec 08 2017 22:34:49
              Department of the Treasury - Internal Revenue Serv,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
514782186   +E-mail/Text: cop@santander.us Dec 08 2017 22:35:10     Sovereign Bank,
              525 Lancaster Avenue, Suite 305,   Reading, PA 19611-1671
516345426   +E-mail/Text: bknotices@snsc.com Dec 08 2017 22:36:08     US Bank Trust NA,
              Trustee Igloo Series II Trust,   c/o SN Servicing Corp,   323 5th Street,   Eureka, CA 95501,
              US Bank Trust NA 95501-0305
516345425   +E-mail/Text: bknotices@snsc.com Dec 08 2017 22:36:08     US Bank Trust NA,
              Trustee Igloo Series II Trust,   c/o SN Servicing Corp,   323 5th Street,
              Eureka, CA 95501-0305
                                                                                              TOTAL: 6
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514782183    ##+Ocwen Loan Servicing,   PO Box 6440,   Carol Stream, IL 60197-6440
514782185    ##+Santos Garden & Landscaping,   2030 Route 9,   Toms River, NJ 08755-1214
                                                                                 TOTALS: 0, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 08, 2017
                              Form ID: cscnodsc        Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    SN Servicing Corporation as Trustee of the Igloo
               Series II Trust bankruptcy@friedmanvartolo.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eugene D. Roth    on behalf of Debtor Alberta   Santos erothesq@gmail.com
              Jay  Samuels    on behalf of Creditor    TD Bank, N.A. jsamuels@windelsmarx.com
              Joshua I. Goldman    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Steven K. Eisenberg    on behalf of Creditor    RBS CITIZENS, N.A. bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```