UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtor

Order Filed on April 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALBERTA SANTOS,

Debtor

Case No.: 14-19628

Hearing Date: 4/17/2018@10:00

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED:** April 18, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Eugene D. Roth_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ The case shall be immediately reclosed.

   ☐ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within ___14___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*